# EXHIBIT 2

**PROTECTED DOCUMENT**

**FILED UNDER SEAL**