UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISAAC DE LUA RUIZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-128 |
| | § | |
| YAMAHA MOTOR CO., LTD, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO ALLOW COMMUNICATION WITH YAMAHA CUSTOMERS WHO HAVE RESPONDED TO QUESTIONNAIRE

Before the Court is *Plaintiffs' Motion to Allow Communication with Yamaha Customers Who Have Responded to Questionnaire* (D.E. 66), along with Defendants' Response (D.E. 75). After due consideration, the Court GRANTS the motion (D.E. 66) and ORDERS that Plaintiffs and Defendants shall be allowed to communicate directly with the Yamaha customers who have responded to the questionnaire that was sent out to them at the Court's direction in this case, and who indicated that counsel in this case may contact them.

The parties are ORDERED to file with the Court lists of the customers they have contacted, which shall be no more than 20 customers per side, on or before July 15, 2018. Any party who seeks to contact additional customers may file a motion seeking such relief after appropriate efforts to confer with counsel and a pre-motion conference demonstrating the reasons for the need to make additional contacts.

This Order is issued to permit investigation only. Nothing herein shall be construed as preempting a determination of the proportionality of discovery in the event that a party may seek to depose or conduct any other type of discovery with any of the customers contacted.

ORDERED this 4th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE